**HOLLEY, DRIGGS, WALCH, FINE,**
**PUZEY, STEIN & THOMPSON**
MICHAEL R. AYERS, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
Telephone: 775/851-8700
Facsimile: 775/851-7681

*Attorneys for Defendant NAVIENT SOLUTIONS, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WOODRING,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, NAVIENT, and NEW YORK STATE BOARD OF HIGHER EDUCATION,<br><br>Defendants. | Case No. 2:19-cv-00030-JAD-VCF<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE FOR NAVIENT TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff DAVID WOODRING ("Plaintiff") and Defendant NAVIENT SOLUTIONS, LLC, incorrectly named NAVIENT in the Complaint, by and through their respective counsel, stipulate and agree to extend the deadline from January 30, 2019 to February 22, 2019, for Defendant NAVIENT SOLUTIONS, LLC ("NSL"), to File an Answer or Otherwise Respond to Plaintiff's Complaint (ECF No. 1.).

On January 4, 2019, Plaintiff filed his Complaint. The claims at issue necessitate additional time for fact-finding. Further, NSL is in the process of acquiring and reviewing all relevant documents so that it can meaningfully respond to the specific allegations contained in Plaintiff's Complaint. Moreover, undersigned counsel was just retained by NSL to defend it in this action, and therefore requires additional time to investigate the allegations and claims asserted against NSL. Plaintiff has no opposition to NSL's request for an extension until February 22, 2019 to file an answer or otherwise respond to Plaintiff's Complaint. NSL agrees to participate in a 26(f) conference if one is scheduled and coordinated with NSL during the pendency of the extension.

This is the first stipulation for extension of time for NSL to respond to Plaintiff's Complaint and is being made in good faith and not for purposes of undue delay. No additional requests for extensions are contemplated.

**IT IS SO STIPULATED.**

Dated this 28th day of January, 2019.

**HOLLEY, DRIGGS, WALCH, FINE,**

**WRAY, PUZEY & THOMPSON**

/s/ Michael R. Ayers
JAMES W. PUZEY, ESQ.
MICHAEL R. AYERS, ESQ.
JOHN SAVAGE, ESQ.
800 S. Meadows Parkway, Suite 800
Reno, Nevada 89521
*Attorneys for Defendant NAVIENT SOLUTIONS, LLC*

Dated this 28th day of January, 2019.

**KNEPPER & CLARK LLC**

/s/ Miles Clark
MILES CLARK, ESQ.
10040 W. Cheyenne Avenue
Suite 170-109
Las Vegas, Nevada 89129
*Attorneys for Plaintiff*

**ORDER**

The Stipulation for Extending Deadline for NSL to file an answer or otherwise respond up to and including February 22, 2019 is so ORDERED AND ADJUDGED.

Dated this 28th day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of January, 2019, I served a copy of the foregoing **STIPULATION AND ORDER EXTENDING DEADLINE FOR NAVIENT TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** upon the party below via electronic service through the United States District Court for the District of Nevada's ECF system:

| | |
|---|---|
| David H. Krieger, Esq.<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br><br>Matthew I. Knepper, Esq.<br>Miles N. Clark, Esq.<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Avenue<br>Suite 170-109<br>Las Vegas, Nevada 89129<br><br>*Attorneys for Plaintiff* | Jeremy J. Thompson, Esq.<br>CLARK HILL PLLC<br>3800 Howard Hughes Parkway<br>Suite 500<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Equifax Information Services LLC*<br><br>Jennifer L. Braster, Esq.<br>Andrew J. Sharples, Esq.<br>NAYLOR & BRASTER<br>1050 Indigo Drive, Suite 200<br>Las Vegas, Nevada 89145<br><br>*Attorneys for Experian Information Solutions, Inc.* |

By: /s/ SUSAN M. MATEJKO
An Employee of Holley Driggs Walch Fine, Puzey, Stein & Thompson