Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WOODRING,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, NAVIENT; and NEW YORK STATE BOARD OF HIGHER EDUCATION,<br><br>Defendants. | Case No.: 2:19-cv-00030-JAD-VCF<br><br>**STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITHOUT PREJUDICE**<br><br>ECF Nos. 33, 36 |

PLEASE TAKE NOTICE that Plaintiff David Woodring ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") hereby stipulate and agree that the above-entitled action shall be dismissed without prejudice in accordance with Fed. R. Civ. P. 41 (a)(2).

STIPULATION AND ORDER DISMISSING EQUIFAX INFORMATION SERVICES, LLC WITHOUT PREJUDICE - 1

There are no longer any issues in this matter between Plaintiff David Woodring and Equifax to be determined by the Court, and Equifax is the only remaining defendant. Plaintiff hereby stipulates that all of his claims and causes of action against Equifax, which were or could have been the subject matter of this lawsuit, are hereby dismissed without prejudice, without costs or fees to any party.

IT IS SO STIPULATED.
Dated May 13, 2019.

| **KNEPPER & CLARK LLC**<br><br>/s/ *Miles N. Clark*<br>Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br>Email: miles.clark@knepperclark.com<br><br>**HAINES & KRIEGER LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | **CLARK HILL PLLC**<br><br>/s/ *Jeremy J. Thompson*<br>Jeremy J. Thompson, Esq.<br>Nevada Bar No. 12503<br>3800 Howard Hughes Parkway, Suite 500<br>Las Vegas, NV 89169<br>Email: jthompson@clarkhill.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

## ORDER GRANTING

## STIPULATION OF DISMISSAL OF EQUIFAX INFORMATION SERVICES, LLC,

## WITHOUT PREJUDICE

Based on the parties' stipulation **[ECF No. 36]** and good cause appearing, IT IS HEREBY ORDERED that **ALL CLAIMS AGAINST Equifax Information Services, LLC are DISMISSED with prejudice**, each side to bear its own fees and costs, and Equifax's pending motion **[ECF No. 33] is DENIED as moot**. Because the dismissal of the claims against this lone remaining defendant leaves no claims pending, IT IS FURTHER ORDERED that the **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 13, 2019