Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DAVID WOODRING, | Case No.: 2:19-cv-00030-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER AMENDING EQUIFAX'S DISMISSAL TO A DISMISSAL WITHOUT PREJUDICE** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, NAVIENT; AND NEW YORK STATE BOARD OF HIGHER EDUCATION, | ECF No. 38 |
| Defendants. | |

PLEASE TAKE NOTICE that pursuant to Local Rule 6-1 and Federal Rule of Civil

Procedure 59(e), Plaintiff David Woodring ("Plaintiff") and Defendant Equifax Information

Services, LLC ("Equifax") (collectively the "Parties") hereby stipulate and agree to amend

STIPULATION AND ORDER AMENDING EQUIFAX'S DISMISSAL TO A DISMISSAL WITHOUT
PREJUDICE - 1

Equifax's Order of dismissal with prejudice to an Order of dismissal without prejudice in the above-entitled action.

1. The Parties came to an agreement to settle this matter and dismiss Equifax from the case without prejudice.

2. On May 13, 2019, the Parties filed a Stipulation of Dismissal without prejudice. [ECF Dkt. 36].

3. On May 13, 2019, the Court entered an Order of Dismissal of Equifax which indicated that the dismissal was "without prejudice" both in the caption and order block, but which notwithstanding the foregoing appears to have been entered with prejudice.  [ECF Dkt. 37].

The Parties hereby stipulate to amend the Order of Dismissal with prejudice to a Dismissal

//

//

//

//

//

//

//

//

//

//

//

//

//

STIPULATION AND ORDER AMENDING EQUIFAX'S DISMISSAL TO A DISMISSAL WITHOUT PREJUDICE - 2

without prejudice to ensure full compliance with their agreed upon settlement terms.

     IT IS SO STIPULATED.
Dated May 20, 2019.

| **KNEPPER & CLARK LLC** | **CLARK HILL PLLC** |
|---|---|
| /s/ *Miles N. Clark* | /s/ *Jeremy J. Thompson* |
| Matthew I. Knepper, Esq. | Jeremy J. Thompson, Esq. |
| Nevada Bar No. 12796 | Nevada Bar No. 12503 |
| Miles N. Clark, Esq. | 3800 Howard Hughes Parkway, Suite 500 |
| Nevada Bar No. 13848 | Las Vegas, NV 89169 |
| 10040 W. Cheyenne Ave., Suite 170-109 | Email: jthompson@clarkhill.com |
| Las Vegas, NV 89129 | |
| Email: matthew.knepper@knepperclark.com | *Counsel for Defendant* |
| Email: miles.clark@knepperclark.com | *Equifax Information Services LLC* |
| | |
| **HAINES & KRIEGER LLC** | |
| David H. Krieger, Esq. | |
| Nevada Bar No. 9086 | |
| 8985 S. Eastern Avenue, Suite 350 | |
| Henderson, NV 89123 | |
| Email: dkrieger@hainesandkrieger.com | |
| | |
| *Counsel for Plaintiff* | |

# ORDER

     Based on the parties' stipulation **[ECF No. 38]** and as it appears that the court erroneously ordered the with-prejudice dismissal of the claims against Equifax when the parties' stipulation specified a without-prejudice dismissal, IT IS HEREBY ORDERED that the with-prejudice dismissal of the claims against Equifax Information Services, LLC **[ECF No. 37] is VACATED; instead,** IT IS HEREBY ORDERED that **the claims against Equifax Information Services, LLC are DISMISSED without prejudice**, each side to bear its own fees and costs.  This case remains closed.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: June 7, 2019

STIPULATION AND ORDER AMENDING EQUIFAX'S DISMISSAL TO A DISMISSAL WITHOUT PREJUDICE - 3